IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH PANZARELLA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-1012 |
| | : | |
| MARCUS & HOFFMAN, P.C. | : | |

## ORDER

AND NOW, this 21st day of March, 2024, upon consideration of Defendant Marcus & Hoffman, P.C.'s Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 11), Plaintiff Elizabeth Panzarella's opposition, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.